FILED:  December 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7917
(1:09-cr-00179-LO-1)
(1:14-cv-00496-LO)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MIRWAIS MOHAMADI, a/k/a O, a/k/a Omar

Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:09-cr-00179-LO-1 1:14-cv-00496-LO |
| Date notice of appeal filed in originating court: | 12/28/2020 |
| Appellant(s) | Mirwais Mohamadi |
| Appellate Case Number | 20-7917 |
| Case Manager | Ashley Brownlee 804-916-2704 |